**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Rebekah S. WEST.**

No. 11240.

Circuit Court of Appeals, Eighth Circuit.
June 22, 1938.

James W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

S. Mayner Wallace, of St. Louis, Mo., for respondent.

## PER CURIAM.

Petition to review decisions of United States Board of Tax Appeals docketed and dismissed, on motion of petitioner and certificate of clerk of United States Board of Tax Appeals, counsel for respondent consenting to the granting thereof.